RANDY L. ROYAL
ATTORNEY AT LAW
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: ) | Case No. 04-21675 |
|     MONTY D. MAXWELL, ) | |
|         Debtor, ) | |
| ) | |
| RANDY L. ROYAL, TRUSTEE OF THE ) | |
| BANKRUPTCY ESTATE OF MONTY D. MAXWELL, ) | |
|         Plaintiff, ) | Adversary No. |
| ) | |
|     VS. ) | |
| ) | |
| RECOVERY SYSTEMS, INC., ) | |
|         Defendant. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMPLAINT TO SET ASIDE PREFERENTIAL TRANSFER

COMES NOW, the Trustee by and through his attorney and for his complaint against the Defendant states, alleges, and complains as follows:

(1)   The Plaintiff is the duly appointed and acting Chapter 7 Trustee of this bankruptcy estate.

(2)   The Defendant is a Wyoming Corporation, it's registered agent for service of process is Dwight J. Bremer located at 400 S. Kendrick Avenue, Suite 7, Gillette, Wyoming, 82716.  See Exhibit "A".

1

(3) This adversary proceeding arises out of and relates to the above-cited Chapter 7 case of Monty D. Maxwell. This Court has jurisdiction of this adversary proceeding pursuant to the provisions of 28 U.S.C. Section 1334, Section 157 and Section 547. This is a "core" proceeding pursuant to the provisions of 28 U.S.C. Section 157(b)(2)(E) and (F).

(4) On August 27, 2004, the debtor herein filed his voluntary petition for relief under Chapter 7.

(5) On or about June 28, 2004, the debtor, paid $1,590.16 to Recovery Systems, Inc.

(6) The payment to Recovery Systems Inc. was on an unsecured deficiency balance on the Judgment action that Recovery Systems Inc. filed on behalf of their client, Antelope Medical Consultants, Campbell County, Wyoming, Civil Action NO. 2004-0000955. See attached Exhibit "B". Since the payment was on an unsecured obligation and within 90 days prior to the filing of the bankruptcy, the payment is preferential and in violation of 11 U.S.C. Section 547 of the United States Bankruptcy Code.

(7) At the time of such transfer the debtor was insolvent, and the effect of such transfer was to enable the secured party to obtain more than it would have received under Chapter 7 of the Bankruptcy Code if the transfer had not been made.

(8) The Defendant is now in possession of and custodian of the funds which are property of the estate pursuant to 11 U.S.C. Section 541.

(9)    Plaintiff has made demand upon the Defendant to turnover the $1,590.16, but such demand has been refused, or ignored.

WHEREFORE, Plaintiff prays judgment against the Defendant as follows:

(10)    That the payment to Recovery Systems Inc. in the amount of $1,590.16 be declared as a preference payment in violation of 11 U.S.C. Section 547.

(11)    Ordering the Defendant to release the funds to the Plaintiff.

(12)    Granting Plaintiff such other and further relief as the Court might deem just and proper.

DATED:    January 25, 2005.

/s/ Randy L. Royal, Attorney for the Plaintiff

RLR/lms
bmswquickdocs
Complaint.547.payment

Citizen  Business  Government  Visitor





## Public Access to Corporations

**Corporation Detail:**   [< Back]
 CID: 198900256590   Type: CORPORATION
 Name: RECOVERY SYSTEMS, INC.
 Old Name: CPCS, INC.
 DBA:
 Incorporation State: WY   Initial Filing: 10-05-1989
 Status: ACTIVE   Standing: GOOD
 Defunct Cause: FORCE ACTIVE   Defunct Date:
 Mailing Address: PO BOX 607
  GILLETTE, WY 82717-0607

**Registered Agent:**
 Name: DWIGHT J. BREMER   County: CAMPBELL
 Address: 400 S. KENDRICK AVE
  STE 7
  GILLETTE, 82716
 Name Changed:   Address Changed: 10-08-2004

**Officers and Directors:**
 President: DWIGHT J BREMER
 Vice President: CHARLOTTE B WILKERSON
 Secretary: MICHAEL B WILKERSON
 Treasurer: DWIGHT J. BREMER
 Director: MICHAEL B WILKERSON, DWIGHT J BREMER, CHARLOTTE B WILKERSON, MARJORIE B BREMER

**Additional Detail:**
 Reinstate Date:   Assignment Date:
 Renewal Date:   Amendment Date: 04-01-1996
 Other Filing Date:   Merger Date:
 RA Resigned Date:
 Purpose: SERVICES   Merger ID:
 Annual Report No: 644387   Last Year Filed: 2004
 Profit/Nonprofit: PROFIT   Additional Stock: N
 Common Shares: 300,000   Common Par Value: $ 0.10
 Preferred Shares:   Preferred Par Value:
 Intent to Dissolve:   Continued/Domesticated:
 Expires: Perpetual   Revoked:

[New Search]  [Corporations Division Main Menu]

Privacy Policy  Contact Us  Copyright

http://soswy.state.wy.us/Corp_Search_Main.asp


EXHIBIT A

Date: 10/08/2004
Time: 02:28 PM
Page 1 of 2

Circuit Court of Campbell County (Gillette)
Complete Case History
CV-2004-0000955

User: NSWINDELL

**Recovery Systems vs. Monty Maxwell**

Filed:    04/14/2004

Comment:                                    Physical File:           Appealed: N

**FILED FOR RECORD**

**OCT - 8 2004**

CLERK OF CIRCUIT COURT
OF THE SIXTH JUDICIAL DISTRICT
CAMPBELL COUNTY

**Status History**
| | |
|---|---|
| Post Judgment Action Pending | 05/28/2004 |
| Closed | 06/28/2004 |

**Judge History**

| Date | Judge | Reason for Removal |
|---|---|---|
| 04/14/2004 | Edwards, William S | Current |
| 04/14/2004 | Unknown, | Administrative |

**Payments**

| | Receipt | Date | Type | Amount |
|---|---|---|---|---|
| Recovery Systems (plaintiff) | 6548 | 04/14/2004 | Civil Filing | 30.00 |
| | | | Total | 30.00 |

**Plaintiff**
Name:      Recovery Systems              SSN:
Address:   Box 607                       DOB:
           Gillette        WY   82717    Sex:
Phone:     Home:           Work:
Employer:
                                         Send notices: Y
Party Type:
                                         Amount Claimed        1,578.46
Comment:

**Attorneys**
Klus, C. Robert Jr       (Primary attorney)    Send Notices

**Defendant**
Name:      Maxwell, Monty                SSN:
Address:   904 Stantley                  DOB:
           Gillette        WY   82716    Sex:
Phone:     Home:           Work:
Employer:
                                         Send notices: Y
Party Type:
Comment:

**Register of Actions**

| 04/14/2004 | Case Filed | Unknown, |
|---|---|---|
| | Civil Complaint/Summons: Issued Monty Maxwell Assigned to Holland, B. David Service fee $0.00 04/14/2004 | Edwards, William S |
| | Filing: Civil Filing Fee   Paid by: Recovery Systems (plaintiff)   Receipt number: 0006548   Dated: 04/14/2004   Amount: $20.00 (Check) | Edwards, William S |
| | Filing: Automation Fee   Paid by: Recovery Systems (plaintiff)   Receipt number: 0006548   Dated: 04/14/2004   Amount: $10.00 (Check) | Edwards, William S |

EXHIBIT
B

Date: 10/08/2004  
Time: 02:28 PM  
Page 2 of 2  

Circuit Court of Campbell County (Gillette)  
Complete Case History  
CV-2004-0000955  

User: NSWINDELL

### Recovery Systems vs. Monty Maxwell

**Register of Actions**

| Date | Action | | |
|---|---|---|---|
| 04/28/2004 | Civil Complaint/Summons: Served Monty Maxwell Assigned to Holland, B. David Service fee $0.00 Served 04/28/2004 | Edwards, William S | |
| 05/28/2004 | Judgment enteredOrder date: 05/28/2004 | Edwards, William S | Rec. Sys. would not present receipt |
| 06/16/2004 | Notice of service of discovery | Edwards, William S | |
| 06/28/2004 | Satisfaction of Judgment Filed | Edwards, William S | |

**Judgment**

| Order date | In Favor Of | Disposition | | Judgment | Amount |
|---|---|---|---|---|---|
| 05/28/2004 | Plaintiff | 06/28/2004 | Satisfied | Default Judgment | 1,590.16 |

Plaintiff: Recovery Systems  
Defendant: Maxwell, Monty  

*This is about when paid*

**Costs**

| Description | Type | Amount | Date |
|---|---|---|---|
| Judgment | Original | 1419.00 | 06/02/2004 |
| | Item total: | 1419.00 | |
| Court Costs | Original | 20.00 | 06/02/2004 |
| | Item total: | 20.00 | |
| Pre-Judgment Interest | Original | 121.16 | 06/02/2004 |
| | Item total: | 121.16 | |
| Service Fees | Original | 20.00 | 06/02/2004 |
| | Item total: | 20.00 | |
| Automation Fee | Original | 10.00 | 06/02/2004 |
| | Item total: | 10.00 | |
| | Total: | 1590.16 | |

*DOF 8-27-04 — within 90 days*

# Patient Ledger

**ANTELOPE MEDICAL CONSULTANTS**
Tuesday, October 12, 2004

*DoF 8-27-04*

Page 1

**MONTY MAXWEL (MAXWEL0000)**
Responsible: Self   Home: (307) 687-1732

| Billing | Date | Provider | Tx Code | Patient Billed | Primary Billed | Secondary Billed | Tertiary Billed | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 18717 | 02/06/2003 | 002 | 99273 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 180.00 | 0.00 | 180.00 |
| 18717 | 07/14/2004 | 002 | PP | | | | | 0.00 | 180.00 | 0.00 |
| 18717 | 02/07/2003 | 002 | 93307 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 168.00 | 0.00 | 168.00 |
| 18717 | 07/14/2004 | 002 | PP | | | | | 0.00 | 168.00 | 0.00 |
| 18717 | 02/07/2003 | 002 | 93320 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 98.00 | 0.00 | 98.00 |
| 18717 | 07/14/2004 | 002 | PP | | | | | 0.00 | 98.00 | 0.00 |
| 18717 | 02/07/2003 | 002 | 93325 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 74.00 | 0.00 | 74.00 |
| 18717 | 07/14/2004 | 002 | PP | | | | | 0.00 | 74.00 | 0.00 |
| 18840 | 02/07/2003 | 001 | 99233 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 147.00 | 0.00 | 147.00 |
| 18840 | 07/14/2004 | 001 | PP | | | | | 0.00 | 147.00 | 0.00 |
| 18840 | 02/08/2003 | 001 | 99232 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 460.00 | 0.00 | 460.00 |
| 18840 | 07/14/2004 | 001 | PP | | | | | 0.00 | 269.19 | 190.81 |
| 18840 | 07/14/2004 | 001 | RECOV0000 | | | | | 0.00 | 190.81 | 0.00 |
| 18840 | 02/12/2003 | 001 | 99231 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 77.00 | 0.00 | 77.00 |
| 18840 | 07/14/2004 | 001 | RECOV0000 | | | | | 0.00 | 77.00 | 0.00 |
| 18840 | 02/13/2003 | 001 | 99239 | 02/17/2003 03/20/2003 04/18/2003 05/20/2003 | | | | 215.00 | 0.00 | 215.00 |
| 18840 | 07/14/2004 | 001 | RECOV0000 | | | | | 0.00 | 215.00 | 0.00 |
| 20646 | 05/20/2003 | 002 | FC | | | | | 21.29 | 0.00 | 21.29 |
| 20646 | 07/14/2004 | 002 | RECOV0000 | | | | | 0.00 | 21.29 | 0.00 |
| 21984* | 07/24/2003 | 002 | FC | | | | | 21.29 | 0.00 | 21.29 |
| 21984* | 07/28/2003 | 002 | REBAT0000 | | | | | 0.00 | 21.29 | 0.00 |

*Handwritten annotations: "Billing Dates", "paid in full by payment to Rec Sys"*

| **Patient Total** | | | | | | | | **1461.58** | **1461.58** | **0.00** |

**Provider Totals**
DR. LISA MALODY, MD                899.00   899.00   0.00
DR. LAURENCE DEBOER, MD      562.58   562.58   0.00

**Report Totals**                          1461.58   1461.58   0.00